**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7225**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALVIN JERONES PURDIE, JR., a/k/a Purdie Boy,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville. Malcolm J. Howard, District Judge. (CR-94-46, CA-02-191-H)

───────────

Submitted: October 10, 2002      Decided: October 21, 2002

───────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Alvin Jerones Purdie, Jr., Appellant Pro Se. Christine Blaise Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin Purdie seeks to appeal the district court's judgment denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's order and conclude for the reasons stated by the district court that Purdie has not made a substantial showing of the denial of a constitutional right. See United States v. Purdie, Nos. CR-94-46; CA-02-191-H (E.D.N.C. filed June 14, 2002; entered June 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED